IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JANE DOE, | . | CIVIL ACTION FILE |
|    Plaintiff, | . | NO. _____ |
| | . | |
| vs. | . | |
| | . | |
| HEIDI MANNING, | . | JURY TRIAL DEMANDED, |
| | . | PURSUANT TO FED.R.CIV.P. 38 |
| Defendant. | . | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Jane Doe
- Defendant Heidi Manning

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1

- The Wilbanks Child Endangerment and Sexual Exploitation ("CEASE") Clinic at the University of Georgia School of Law

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

Counsel for Plaintiff:

Brian J. Atkinson
Georgia Bar No. 519769
Emily "Emma" Hetherington
Georgia Bar No. 682022
Melina Lewis
Georgia Bar No. 832272

**WILBANKS CEASE CLINIC**
P.O. Box 1792
Athens, GA 30602
(706) 227-5421 - Telephone
(706) 369-5794 - Facsimile

batkinson@ugacease.org
ehether@ugacease.org
mlewis@ugacease.org

Respectfully submitted this 16th day of September, 2021.

|  |  |
|---|---|
| Wilbanks CEASE Clinic | _/s/Brian Atkinson_____ |
| P.O. Box 1792 | Brian J. Atkinson |
| Athens, GA 30603 | batkinson@ugacease.org |
| (706) 227-5421 - Telephone | Georgia Bar No. 519769 |
| (706) 369-5794 - Facsimile | Emily "Emma" Hetherington |
|  | ehether@ugacease.org |
|  | Georgia Bar No. 682022 |
|  | Attorneys for Plaintiff |

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** has been prepared with a font and point selection approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14-point size.

Respectfully submitted this 16th day of September, 2021.

                                                     /s/Brian Atkinson  
                                                  Brian J. Atkinson  
                                                  batkinson@ugacease.org

Wilbanks CEASE Clinic            Georgia Bar No. 519769  
P.O. Box 1792                          Emily "Emma" Hetherington  
Athens, GA 30603                 ehether@ugacease.org  
(706) 227-5421 - Telephone       Georgia Bar No. 682022  
(706) 369-5794 - Facsimile        Attorneys for Plaintiff